**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Josh Matthews
                    Plaintiff,

v.
                                       Case No.: 1:25−cv−01928
                                       Honorable Georgia N. Alexakis

Cresco Labs, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [105]. The parties report that jurisdictional discovery is on track to close on 4/10/26. The parties also report that they are actively discussing the possibility of settlement. The parties are directed to file a further joint status report on 4/17/26 confirming that jurisdictional discovery has closed and indicating whether the parties request an expansion of the referral to the Magistrate Judge for a settlement conference. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.