**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSH MATTHEWS**, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No: 25-cv-1928 |
| **CRESCO LABS, INC.; CRESCO LABS, LLC; CRESCO U.S. CORP.; CRESCO EDIBLES, LLC; TSC CRESCO, LLC; CRESCO LABS JOLIET, LLC; CRESCO LABS KANKAKEE, LLC; CRESCO LABS LOGAN, LLC; CRESCO LABS NOTES ISSUER, LLC**, | ) ) ) ) ) ) ) ) ) ) | Hon. Georgia N. Alexakis<br><br>Magistrate Judge Daniel P. McLaughlin |
| Defendants. | | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Cresco Labs, Inc., Cresco Labs, LLC, Cresco U.S. Corp., Cresco Edibles, LLC, TSC Cresco, LLC, Cresco Labs Joliet, LLC, Cresco Labs Kankakee, LLC, Cresco Labs Logan, LLC, and Cresco Labs Notes Issuer, LLC and Plaintiff Josh Matthews hereby stipulate and agree that all claims in this lawsuit are hereby dismissed with prejudice, with each side to bear their own costs.

Dated: April 30, 2026                    Respectfully submitted,

By: */s/ Teresa M. Becvar*                    By: */s/ Sean H. Suber*

James B. Zouras                    William C. O'Neil
Ryan F. Stephan                    Sean H. Suber
Anna M. Ceragioli                    Kelly Mannion Ellis
Teresa M. Becvar                    Savannah L. Murin
Justin M. Caparco                    Tyree Petty-Williams
**STEPHAN ZOURAS, LLC**                    **WINSTON & STRAWN LLP**
222 W. Adams Street, Suite 2020                    35 W. Wacker Drive
Chicago, Illinois 60606                    Chicago, Illinois 60601
Tel : 312.233.1550                    Tel: (312) 558-5600
jzouras@stephanzouras.com                    Fax: (312) 558-5700

1

rstephan@stephanzouras.com
aceragioli@stephanzouras.com
tbecvar@stephanzouras.com
jcaparco@stephanzouras.com

Laura Luisi
Jamie Holz
**LUISI HOLZ LAW**
LuisiL@luisiholzlaw.com
HolzJ@luisiholzlaw.com
77 W. Wacker Dr., Suite 4500
Chicago, Illinois 60601
Tel: (312) 639-4478

*Counsel for Plaintiff and the Putative
Class*

woneil@winston.com
ssuber@winston.com
kmannion@winston.com
smurin@winston.com
tpettywilliams@winston.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, an attorney, hereby certify that on April 30, 2026, I filed the foregoing Stipulation of

Dismissal, which was served upon counsel of record via the Court's ECF notice system.

/s/ *Teresa M. Becvar*

2